# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1592. MACARTHUR HANNAH v. IHG MANAGEMENT, LLC.

After he was assaulted in the lobby of the Buckhead Intercontinental Hotel, Macarthur Hannah filed a personal injury action against the hotel's owner, IHG Management, LLC ("IHG").  IHG moved for summary judgment on Hannah's claims against it and on August 19, 2024, the trial court entered an order granting that motion. On September 20, 2024, Hannah filed his notice of appeal from the trial court's order. IHG has moved to dismiss the appeal, arguing that this Court lacks jurisdiction.  We agree.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Hannah did not file his notice of appeal until 32 days after entry of the summary judgment order, meaning that his appeal is untimely. Consequently, we lack jurisdiction to consider this appeal.

Given our lack of jurisdiction, IHG's motion is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____08/14/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*